IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera  Date: August 9, 2012
Court Reporter:    Gwen Daniel

Civil Action No. 12-cv-00316-RBJ

*Parties*:                                         *Counsel*:

PAMELA EPPS,                                       Christina L. Dixon
                                                   Adam Kehrli
    Plaintiff,

v.

UNITED PARCEL SERVICES                             Steven Gutierrez (by phone)
COMPANY,

    Defendant.

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**    8:03 a.m.

Appearances of counsel.

Ms. Dixon advises the Court she filed a status report withdrawing Plaintiff's Motion for Protective Order and Motion to Quash Subpoenas Issued by Defendant Doc.# [34] and Plaintiff's Motion to Compel Discovery Responses Doc.# [36].

Argument by Mr. Gutierrez and Ms. Dixon as to Motion for Protective Order and to Quash Subpoena and Notice of Deposition and Certificate of Compliance with Local Rule 7.1 Doc.# [33].

For the reasons and findings as stated on the record, it is;

**ORDERED:**  Motion for Protective Order and to Quash Subpoena and Notice of Deposition and Certificate of Compliance with Local Rule 7.1 Doc.# [33] is DENIED with

    the following conditions:

    1. The deposition of Mr. Gray will be taken either in person or by video conference per Mr. Gray's preference;

    2. The deposition is not to exceed one hour;

    3. Defendant may cross examine the witness for one hour;

    4. This deposition is not a discovery deposition and may be used by any party for any reason.

**ORDERED:** Plaintiff's Motion for Protective Order and Motion to Quash Subpoenas Issued by Defendant Doc.# [34] is WITHDRAWN.

**ORDERED:** Plaintiff's Motion to Compel Discovery Responses Doc.# [36] is WITHDRAWN.

**Court in recess:**  **8:25 a.m.**

Hearing concluded.

Total time:  00:22