IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Emily Seamon          Date: March 15, 2013
Court Reporter:   Kara Spitler

Civil Action No. 12-cv-00316-RBJ

*Parties*:                              *Counsel*:

PAMELA EPPS, an individual,             Christina Dixon

    Plaintiff,

v.

UNITED PARCEL SERVICES                  Steven Gutierrez
COMPANY,                                Alyssa Yatsko

    Defendant.

## COURTROOM MINUTES

**ORAL ARGUMENT**

**10:00 a.m.     Court in session.**

Appearances of counsel.

Discussion between the Court and counsel regarding Defendant's Motion for Summary Judgment and Supporting Brief [Doc. No. 55] and Plaintiff's response brief.

**ORDERED:** Plaintiff's Oral Motion to Withdraw the Third Claim is GRANTED. The third claim is WITHDRAWN.

10:02 a.m.     Ms. Dixon provides evidence in support of the claims in the case.

10:59 a.m.     Argument by Mr. Gutierrez regarding Plaintiff's claims 1 and 2.

Discussion regarding the possibility of postponing the trial preparation conference.

11:15 a.m.      Argument by Ms. Dixon regarding the 300 day filing period.

For the reasons and findings as stated on the record, it is;

**ORDERED:**   Defendant's Motion to Reconsider Order Denying Motion for Protective Order and to Quash Subpoena and Notice of Deposition [Doc. No. 45, Filed October 11, 2012] is DENIED AS MOOT.

**ORDERED:**   Defendant's Motion for Summary Judgment and Supporting Brief [Doc. No. 55, Filed December 23, 2012] is DENIED with respect to claim 1, DENIED with respect to claim 2, GRANTED with respect to claim 4, and GRANTED with respect to claims 5 and 6.

**ORDERED:**   The Court grants summary judgment in favor of Defendant with respect to claim 4, and dismisses claim 4 based on retaliation.

**ORDERED:**   The Court grants summary judgment in favor of Defendant with respect to claims 5 and 6, and dismisses claims 5 and 6.

**ORDERED:**   The Trial Preparation Conference set for Friday, March 15, 2013 at 2:30 p.m. is RESET for **Thursday, March 21, 2013 at 9:00 a.m.  Parties should exchange jury instructions in advance and be prepared to discuss them at this proceeding.**

Discussion regarding outstanding discovery and jury questionnaires.

**12:05 p.m.     Court in recess.**

Hearing concluded.

Total time:     2:05