## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00316-RBJ-MJW

PAMELA EPPS,

    Plaintiff,

v.

UNITED PARCEL SERVICE COMPANY,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice under Rule 41(a)(1)(ii), FED. R. CIV. P., and being fully advised, this Court

Orders that the Motion be, and hereby is, GRANTED. This action is dismissed with prejudice. Each Party shall pay her or its own attorneys' fees and costs.

Dated this 1st day of April, 2013.

                                                    By the Court:

                                                    _____

                                                    U.S. District Court Judge